IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

LAFEYETTA D TRUITT, JR,                          *

               Petitioner,                      *

v.                                                        Case No.  4:26-cv-48-CDL-ALS

                                    *

SENTENCING JUDGES, *et al.,*

               Respondents.                    *

_____                     *

**J U D G M E N T**

Pursuant to this Court's Order dated 4/22/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 22nd day of April, 2026.

                     David W. Bunt, Clerk


                     s/ Elizabeth S. Long, Deputy Clerk